AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| DTiQ Technologies, Inc., a California corporation,<br><br>*Plaintiff(s)*<br>v.<br>Hawk Technology Systems, LLC, a Florida limited liability company,<br><br>*Defendant(s)* | Civil Action No. 2:20-cv-02050-RFB-EJY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hawk Technology Systems, LLC
c/o Registered Agent, Marc Shulman
26611 Woodward Avenue
Huntington Woods, FL 48070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert T. Stewart
Maschoff Brennan
111 South Main St. Ste. 600
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/6/2020                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-2050

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Marc Shulman - Resident Agent__
was received by me on *(date)* __11/9/2020__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __w/m 5'10" 180#0 grayish hair 65__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Hawk Technology Systems LLC__ on *(date)* __11/9/2020 - 1:35 PM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/9/2020__

_Daniel J. Peters_
Server's signature

_Daniel J. Peters - Court officer_
Printed name and title

__25828 Thomas Dr. Warren Michigan 48091__
Server's address

Additional information regarding attempted service, etc: