Robert T. Stewart (NV State Bar No. 13770)
    rstewart@mabr.com
MASCHOFF BRENNAN
111 Main Street, Suite 600
Salt Lake City, Utah 84111
(801) 297-1850

Attorneys for Plaintiff DTiQ Technologies, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **DTiQ Technologies, Inc.**, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> **Hawk Technology Systems, LLC**, a Florida limited liability company, <br><br> Defendant. | Case No. 2:20-cv-02050-RFB-EJY <br><br> **STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |

/ / /

Plaintiff DTiQ Technologies, Inc. and Defendant Hawk Technology Systems, LLC, which has not yet made an appearance in this case, stipulate to extend by twenty-one (21) days the deadline for Defendant to file a response to Plaintiff's complaint. The complaint was filed on November 6, 2020, Dkt. 1, and the summons was served on November 9, 2020, Dkt. 6, meaning Defendant's deadline to file a response under Rule 12(a) of the Federal Rules of Civil Procedure is November 30, 2020, absent this stipulation. With the Court's approval of this stipulation, Defendant's deadline to file a response to Plaintiff's complaint is December 21, 2020. This is the parties' first stipulation to modify Defendant's deadline to file a response to the complaint, and the stipulation is intended to advance settlement discussions.

Dated: November 30, 2020                                    Dated: December 1, 2020

MASCHOFF BRENNAN                                            WEIDE & MILLER, Ltd.
By:/s/ *Robert T. Stewart*                                  By:/s/ *R. Scott Weide*
Robert T. Stewart                                           R. Scott Weide
Attorney for Plaintiff DTiQ Technologies, Inc.              Attorney for Defendant Hawk Technology Systems, LLC

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __ December 2, 2020 _____