Robert T. Stewart (NV State Bar No. 13770)
    rstewart@mabr.com
MASCHOFF BRENNAN
111 Main Street, Suite 600
Salt Lake City, Utah 84111
(801) 297-1850

Attorneys for Plaintiff DTiQ Technologies, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **DTiQ Technologies, Inc.**, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**Hawk Technology Systems, LLC**, a Florida limited liability company,<br><br>    Defendant. | Case No. 2:20-cv-02050-RFB-EJY<br><br>**SECOND STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |

/ / /

Plaintiff DTiQ Technologies, Inc. and Defendant Hawk Technology Systems, LLC, which has not yet made an appearance in this case, stipulate to extend by twenty-one (21) days the deadline for Defendant to file a response to Plaintiff's complaint. Absent this stipulation, Defendant's deadline to file a response to Plaintiff's complaint is December 21, 2020. *See* Dkt. 8. With the Court's approval of this stipulation, Defendant's deadline to file a response will be January 11, 2021.

This is the parties' second stipulation to modify Defendant's deadline to file a response to the complaint, and the stipulation is intended to advance settlement discussions. The complaint was filed on November 6, 2020, Dkt. 1, and the summons was served on November 9, 2020. Dkt. 6. On December 1, 2020, the parties stipulated for the first time that Defendant's deadline to file a response under Rule 12(a) of the Federal Rules of Civil Procedure would be December 21, 2020, *see* Dkt. 7, and the Court entered an order adopting that stipulation on December 2, 2020. Dkt. 8.

Dated: December 21, 2020

MASCHOFF BRENNAN
By:*/s/ Robert T. Stewart*
Robert T. Stewart
Attorney for Plaintiff DTiQ Technologies, Inc.

Dated: December 21, 2020

WEIDE & MILLER, Ltd.
By:/s/ *R. Scott Weide*
R. Scott Weide
Attorney for Defendant Hawk Technology Systems, LLC

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: December 21, 2020

2