F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
R. Scott Weide, Esq.
Nevada Bar No. 5541
*sweide@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804

*Attorney for Defendant,*
*Hawk Technology Systems, LLC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DTiQ Technologies, Inc.,<br><br>                    Plaintiff,<br>      v.<br><br>Hawk Technology Systems, LLC,<br><br>                    Defendant. | Case No.:  2:20-cv-02050<br><br>**DECLARATION OF MARC SHULMAN IN SUPPORT OF HAWK TECHNOLOGY SYSTEMS LLC'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO STAY** |

I, Marc Shulman, declare as follows:

1. I am a managing member for Defendant Hawk Technology Systems LLC and serve as an authorized representative of Hawk Technology Systems LLC. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently and truthfully testify thereto. Statements made on information and belief are likewise believed to be true.

2. I respectfully submit this declaration in support of Defendant Hawk Technology Systems LLC's Motion to Dismiss or, Alternatively, Motion to Stay.

3. I have personal knowledge that Hawk Technology Systems LLC is a company formed and based in the State of Florida and operates under the laws of the State of Florida.

rsw-5283                                         1

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

4. I have personal knowledge that Hawk Technology Systems LLC has its principal office and place of business in Michigan.

5. I have personal knowledge that Hawk Technology Systems LLC does not have any sales offices, sales accounts, sales representatives, or employees in Nevada, nor does Hawk Technology Systems LLC seek or conduct any of its business in the State of Nevada.

6. Hawk Technology Systems filed the case, Hawk Technology Systems, LLC v. Huddle House, Inc., Civil No. 4:20-cv-184-DMB-JMV in the Federal District of North Mississippi on October 21, 2020, not on the basis that Hawk Technology Systems had any business contacts or presence in North Mississippi, but rather with the knowledge and understanding that Defendant Huddle House had places of business in that state.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED: January 11, 2021.

By: _____

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

rsw-5283        2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Weide & Miller, Ltd. and that on **January 8, 2021**, I served a full, true and correct copy of the foregoing **DECLARATION OF MARC SHULMAN IN SUPPORT OF HAWK TECHNOLOGY SYSTEMS LLC'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO STAY**, via the United States District Court's CM/ECF filing system upon the following:

> Robert T. Stewart (SBN 13770)
> **MASCHOFF BRENNAN**
> 111 Main Street, Suite 600
> Salt Lake City, Utah 84111
> rstewart@mabr.com

                                            /s/Brianna Show_____
                                            An employee of Weide & Miller, Ltd.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

rsw-5283

3