F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
R. Scott Weide, Esq.
Nevada Bar No. 5541
*sweide@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804

*Attorney for Defendant,*
*Hawk Technology Systems, LLC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DTiQ Technologies, Inc., <br><br> Plaintiff, <br> v. <br><br> Hawk Technology Systems, LLC, <br><br> Defendant. | Case No.: 2:20-cv-02050 <br><br> **JOINT STIPULATION TO STAY DISCOVERY AND STAY CASE DEADLINES** |

      Plaintiff DTiQ Technologies, Inc. and Defendant Hawk Technology Systems, LLC stipulate to stay discovery (including any pending discovery deadlines) and stay the deadlines in the Court's scheduling order, See Dkt. 21 (scheduling order), until the Court rules upon Defendant's Rule 12 Motion to Dismiss for lack of personal jurisdiction, which was filed on January 11, 2021. See Dkt. 11.

      The parties are concurrently engaged in settlement discussions seeking to potentially resolve this matter. This is the parties' second stipulation to stay discovery and potentially modify the deadlines in the scheduling order, and the stipulation is intended to preserve significant resources of the parties and the Court, which constitutes good cause. If the Court grants Defendant's Motion to Dismiss, then this lawsuit will likely be dismissed. Thus, the parties ask the Court to stay discovery (including any pending discovery deadlines) and stay the deadlines in the scheduling order, so that if the Court grants the Motion to Dismiss, then the parties will not have expended the significant resources that are required to comply with discovery and comply with the scheduling order's upcoming deadlines, such as deadlines on infringement contentions,

rsw-6144     1

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

even as Defendant has filed no Answer or counterclaims, such as patent infringement, at this time. The parties will apprise the Court without delay if settlement efforts are successful and conclusive between them.

DATED:  August 31, 2021.                                      DATED:  August 31, 2021.


Respectfully Submitted,                                       Respectfully Submitted,

**MASCHOFF BRENNAN**                                          **WEIDE & MILLER, LTD.**

*/s/ Robert Stewart*                                          */s/ R. Scott Weide*
Robert T. Stewart, Esq.                                       F. Christopher Austin, Esq.
Jared J. Braithwaite, Esq.                                    R. Scott Weide, Esq.
111 Main Street, Suite 600                                    10655 Park Run Drive, Suite 100
Salt Lake, UT 84111                                           Las Vegas, NV 89144

*Attorneys for Plaintiff*                                     *Attorneys for Defendant*
*DTiQ Technologies, Inc.*                                     *Hawk Technology Systems, LLC*


IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 1, 2021

rsw-6144                                2